UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMERICAN ENERGY
CORPORATION,

        Plaintiff,

v.

AMERICAN ENERGY PARTNERS,
L.P., et al.,

        Defendants.

Case No. 2:13-cv-886
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to Vacate the Amended Scheduling Order and Set a Case Management Conference. (ECF No. 21.) For good cause shown, the Court **GRANTS** Plaintiff's Motion. The Magistrate Judge will schedule a case management conference forthwith.

**IT IS SO ORDERED.**

1-13-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE