IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ENERGY CORPORATION, | Case No. 2:13-cv-00886-EAS-MRA |
| PLAINTIFF, | Judge Edmund A. Sargus |
| v. | Magistrate Judge Norah McCann King |
| AMERICAN ENERGY PARTNERS, LP, et al. | |
| DEFENDANTS. | |

## ORDER

The Court hereby ORDERS, upon agreement of the parties in the presence of the Court and for good cause shown, that this action, including Plaintiff's Complaint and Defendants' Counterclaim, is DISMISSED WITHOUT PREJUDICE. The Court further ORDERS that in the event the Non-Compete and Non-Solicitation Agreement found in the version of the Management Services Agreement By and Between AEU Services, LLC and American Energy – Utica, LLC that this Court reviewed *in camera* on September 1, 2015 (ECF No. 177) is amended, modified, or terminated prior to the term specified therein, Defendants will notify Plaintiff, through counsel, by certified mail within 10 business days of such amendment, modification, or termination. It is further ORDERED that this action may be reactivated by Plaintiff or Defendants upon filing of a motion to reinstate this case to the Court's active docket. Such motion shall be accompanied by an affidavit or verified complaint, setting forth the facts and circumstances occurring since the date of this Order that support the moving party's motion for reactivation.

IT IS SO ORDERED, this 9th day of September, 2015.

_____
Edmund A. Sargus, Jr., Chief Judge
United States District Judge

Stipulated and Agreed,

/s/ William G. Porter by /s/ William A. Sieck
William G. Porter, Trial Attorney (0017296)
William A. Sieck, Of counsel (0071813)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
Tel:   614.464.5448
Fax:   614.719.4911
Email: wgporter@vorys.com
mailto: wasieck@vorys.com

Matthew A. Taylor (PA 62098)
James L. Beausoleil, Jr. (PA 74308)
Jeffrey S. Pollack (PA 91888)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Tel: 215.979.1000
Fax: 215.979.1020
mataylor@duanemorris.com
jlbeausoleil@duanemorris.com
jspollack@duanemorris.com

*Counsel to Defendants American Energy Partners, LP & Aubrey McClendon*

/s/ John E. Jevicky by /s/ Vladimir P. Belo
John E. Jevicky, Esq. (Ohio 0012702)
Thomas M. Connor, Esq. (Ohio 082462)
DINSMORE & SHOHL, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Email: john.jevicky@dinsmore.com
thomas.connor@dinsmore.com
Phone: (513) 977-8200
Fax: (513) 977-8141

D. Michael Crites (Ohio 0021333)
Vladimir P. Belo (Ohio 0071334)
DINSMORE & SHOHL, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio 43215
Email: michael.crites@dinsmore.com
vladimir.belo@dinsmore.com
Phone: (614) 628-6880
Fax: (614) 628-6890

*Attorneys for Plaintiff – Counterclaim Defendant American Energy Corporation*